RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Gordon David Primrose Smith

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00212-JCM-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** (First Request) |
| v. | |
| GORDON DAVID PRIMROSE SMITH, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Gordon David Primrose Smith, that the Revocation Hearing currently scheduled on April 4, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      The defense needs additional time to prepare for the revocation hearing.

2.      The defendant is out of custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

1        This is the first request for a continuance of the revocation hearing.

2        DATED this 1st day of April 2025.

3

4   RENE L. VALLADARES                      SUE FAHAMI
    Federal Public Defender                 Acting United States Attorney
5

6
    By /s/ Keisha K. Matthews               By /s/ Skyler Pearson
7   KEISHA K. MATTHEWS                      SKYLER PEARSON
    Assistant Federal Public Defender       Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

GORDON DAVID PRIMROSE SMITH,

      Defendant.

Case No. 2:24-cr-00212-JCM-NJK

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, April 4, 2025, at 10:30 a.m., be vacated and continued to **Wednesday, June 4, 2025 at the hour of 10:00 a.m..**

DATED April 2, 2025.

_____

UNITED STATES DISTRICT JUDGE

3